EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2005

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 05-00069 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. §§ 841(a)(1), |
| v. | ) | 841 (b)(1)(A)] |
| | ) | |
| JOSE FEDERICO MARTINEZ-RANGEL, | ) | |
| also known as Jose Federico | ) | |
| Rangel-Martinez, | ) | |
| | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

On or about February 3, 2005, in the District of Hawaii, defendant, JOSE FEDERICO MARTINEZ-RANGEL, aka Jose Federico Rangel-Martinez, did knowingly and intentionally possess, with intent to distribute, 500 grams or more, to wit: approximately 962 grams, of a mixture and substance containing a



detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

Dated: February 17, 2005, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney


United States v. Jose Federico Martinez-Rangel
Indictment
CR. No.

2