EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2005

at 10 o'clock and 44 min. __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00069 HG |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| v. ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)] |
| JOSE FEDERICO MARTINEZ-RANGEL, ) also known as Jose Federico Rangel-Martinez, ) | |
| Defendant. ) | |

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

On or about February 3, 2005, in the District of Hawaii, defendant, JOSE FEDERICO MARTINEZ-RANGEL, aka Jose Federico Rangel-Martinez, did knowingly and intentionally possess, with intent to distribute, 500 grams or more, to wit:

approximately 835 grams, of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

Dated: March 10, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Jose Federico Martinez-Rangel
First Superseding Indictment
CR. No. 05-00069 HG