EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-00069 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| JOSE FEDERICO MARTINEZ-RANGEL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the First Superseding Indictment against Defendant JOSE FEDERICO MARTINEZ-RANGEL on the grounds that Defendant entered a guilty plea to the Information in CR. No. 05-00356 HG and was sentenced on March 9, 2006 to 70 months imprisonment.

Pursuant to the plea agreement entered into by the Defendant and the United States, the United States agreed to dismiss the underlying indictment in the above-captioned matter after Defendant was sentenced in CR. No. 05-00356 HG. Accordingly, the dismissal is in the interests of justice.

DATED: March 14, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                By /s/ Mark A. Inciong
                   MARK A. INCIONG
                   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, March 20, 2006.



                                          Helen Gillmor
                                          Chief United States District Judge

<u>UNITED STATES V. MARTINEZ-RANGEL</u>
CR. No. 05-00069 HG
"Order for Dismissal"